806

*City* v. *Tuttle*, 471 U. S. 808 (1985).

No. 84–1768. ALABAMA DEPARTMENT OF CORRECTIONS *v.* GLOVER. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Kentucky* v. *Graham*, 473 U. S. 159 (1985).

No. 84–1971. SUN OIL CO. *v.* WORTMAN ET AL. Sup. Ct. Kan. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Phillips Petroleum Co.* v. *Shutts*, 472 U. S. 797 (1985).

No. 84–6842. WILLIAMS *v.* KEMP, WARDEN. Sup. Ct. Ga. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Francis* v. *Franklin*, 471 U. S. 307 (1985).

No. 84–6946. JEFFERSON *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Garrett* v. *United States*, 471 U. S. 773 (1985).

No. 84–6953. BURGER *v.* KEMP, WARDEN. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Francis* v. *Franklin*, 471 U. S. 307 (1985).

No. 85–66. FLORIDA *v.* ARANGO. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Bagley*, 473 U. S. 667 (1985). JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS dissent and would deny certiorari.